UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JANE HELLER,<br><br>　　　　　　Plaintiff,<br>v.<br>L'OREAL USA, INC.,<br><br>　　　　　　Defendant. | Case No. 2:17-cv-02231-APG-PAL<br><br>ORDER<br><br>(Mot WD Atty – ECF No. 24) |

This matter is before the court on attorney Brandon C. Fernald of Fernald Law Group, LLP, and Lori Feldman of Geragos & Geragos APC's Motion to Withdraw as Counsel of Record for the plaintiff (ECF No. 24) filed March 29, 2018. Defendant filed a Non-Opposition (ECF No. 25) to the motion March 30, 2018. The motion represents that counsel have raised several concerns with plaintiff, including her obligation to comply with counsel's Legal Fee and Representation Agreement, and that those concerns have not been resolved. Mr. Fernald and Ms. Feldman have communicated with the client on multiple occasions, notified her of their intention to move to withdraw and served her with a copy of this motion. Additionally, counsel has provided the case file to Ms. Heller to enable her to find new counsel. They therefore seek leave to withdraw as counsel of record.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw (ECF No. 24) is **GRANTED**, and attorneys Brandon Fernald of Fernald Law Group, LLP, and Lori Feldman of Geragos & Geragos APC shall be removed as counsel for plaintiff.

2. The plaintiff shall have until **May 4, 2018,** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local

Rules of Practice, or shall file a notice with the court that she will be appearing in this matter *pro se,* that is, representing herself.

3. Plaintiff's failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that she will be appearing in this matter *pro se* may result in the imposition of sanctions, which may include a recommendation to the District Judge that plaintiff's complaint be dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b).

4. The Clerk of the Court shall serve the plaintiff with a copy of this order at her last known address:

Jane Heller
9745 Grand Teton Dr.
Unit 1001
Las Vegas, Nevada 89166
(702) 469-5438
jhpproductions@hotmail.com

DATED this 6th day of April, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE