J Christopher Jorgensen
Nevada Bar No. 5382
Adrienne Brantley-Lomeli
Nevada Bar No. 14486
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
E-mail: cjorgensen@lrrc.com
E-mail: abrantley@lrrc.com

*Attorneys for Defendant*
*L'ORÉAL USA, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE HELLER, an individual,<br><br>　　Plaintiff,<br><br>vs.<br><br>L'ORÉAL USA, INC.; and DOES 1 through 50,<br><br>　　Defendants. | Case No.: 2:17-cv-02231-APG-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME L'OREAL USA, INC. TO RESPOND TO DISCOVERY REQUESTS AND FOR PLAINTIFF TO FIND NEW COUNSEL** |

　　Plaintiff Jane Heller, pro se, and Defendant L'ORÉAL USA, INC., by and through its counsel of record, hereby stipulate to the following:

　　IT IS HEREBY STIPULATED that Defendant shall have an extension of 30 days, or up until May 25, 2018 to respond to Plaintiff's First Set of Requests for Production of Documents.

　　IT IS FURTHER STIPULATED that Plaintiff shall have an extension of 30 days, or up until June 15, 2018 to respond to Defendant's First Set of Requests for Admissions.

　　IT IS FURTHER STIPULATED that Plaintiff shall have up to and including June 4, 2018 to retain substitute counsel who shall make an appearance pursuant to the Court Order

/ / /

/ / /

/ / /

/ / /

104755606_1

1 | dated April 9, 2018. [ECF No.26].
2 | DATED this 25th day of April, 2018.    DATED this 25th day of April, 2018.

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: /s/ Jane Heller                    By: /s/ J Christopher Jorgensen
Jane Heller                            J Christopher Jorgensen (#5382)
848 N. Rainbow Blvd., #2069            Adrienne Brantley-Lomeli (#14486)
Las Vegas, NV 89107                    3993 Howard Hughes Pkwy., Ste. 600
E-mail: jhpproductions@hotmail.com     Las Vegas, NV 89169
*Plaintiff in Pro Per*                 E-mail: cjorgensen@lrrc.com
                                       E-mail: abrantley@lrrc.com

*Attorneys for Defendant*
*L'ORÉAL USA, INC.*

**ORDER**

**IT IS SO ORDERED.**

_____
U.S. Magistrate Judge

DATE: __May 8, 2018_____