UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JANE HELLER,<br><br>　　　　　Plaintiff,<br>v.<br>L'OREAL USA, INC.,<br><br>　　　　　Defendant. | Case No. 2:17-cv-02231-APG-PAL<br><br>ORDER<br><br>(Mot WD Atty – ECF No. 35) |

This matter is before the court on Bernstein & Poisson's Motion to Withdraw as Counsel of Record (ECF No. 35) and Supplement (ECF No. 36). The motion represents that plaintiff has failed to fulfill her obligation to participate in the litigation process, including attending her deposition. As there are irreconcilable differences between counsel and plaintiff, counsel seeks leave to withdraw as counsel of record.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. Bernstein & Poisson's Motion to Withdraw (ECF No. 35) is GRANTED, and Ms. Gabour and Mr. Kerbow shall be permitted to withdraw as counsel.
2. The plaintiff shall have until **September 20, 2018** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court that she will be appearing in this matter *pro se*.
3. Plaintiff's failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that she will be appearing in this matter *pro se* may result in the imposition of sanctions, which may include a recommendation to the District

Judge that plaintiff's complaint be dismissed for failure to comply with the court's order and failure to prosecute. *See* Fed. R. Civ. P. 41(b).

4. The Clerk of the Court shall serve the plaintiff with a copy of this order at her last known addresses:

   Jane Heller
   848 N. Rainbow Blvd., #2069
   Las Vegas, NV 89107

   Jane Heller
   P.O. Box 65182
   Tucson, AZ 85728

DATED this 21st day of August, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE