# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JANE HELLER, | Case No. 2:17-cv-02231-APG-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| L'OREAL, USA, INC., | |
| Defendant. | |

This matter is before the court on the parties' Notice of Settlement (ECF No. 48). The parties advise that a settlement has been reached. They request 30 days to submit a stipulation to dismiss this action with prejudice or a joint status report regarding settlement. Accordingly,

**IT IS ORDERED** that:

1. The parties shall have until **October 24, 2018**, to either file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.
2. All pending motions (ECF Nos. 37, 38, 39, 40) are **DENIED without prejudice**.

Dated this 9th day of October, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1