J Christopher Jorgensen
Nevada Bar No. 5382
Adrienne Brantley-Lomeli
Nevada Bar No. 14486
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
E-mail: cjorgensen@lrrc.com
E-mail: abrantley@lrrc.com

*Attorneys for Defendant L'ORÉAL USA, INC.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JANE HELLER, an individual, | Case No.: 2:17-cv-02231-APG-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT L'ORÉAL USA, INC. WITH PREJUDICE** |
| L'ORÉAL USA, INC.; and DOES 1 through 50, | |
| Defendants. | |

Upon agreement between Plaintiff Jane Heller ("Plaintiff") and Defendant L'Oréal USA, Inc. ("Defendant"):

IT IS HEREBY STIPULATED that the Defendant, L'Oréal USA, Inc. shall be dismissed from this action, with prejudice.

///
///
///
///
///
///
///
///
///

IT IS FURTHER STIPULATED that each party shall bear its own attorney's fees and costs.

DATED this 18th day of ~~September~~ October, 2018.   DATED this 18th day of ~~September~~ October, 2018.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Jane Heller
Jane Heller
848 North Rainbow Blvd., #2069
Las Vegas, NV 89107

*Plaintiff in Proper Person*

By: */s/ J Christopher Jorgensen*
J Christopher Jorgensen (#5382)
Adrienne Brantley-Lomeli (#14486)
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169

*Attorneys for Defendant L'ORÉAL USA, INC.*

**ORDER**

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

Dated: October 23, 2018.